1  UNITED STATES DISTRICT COURT

2  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

3

4  UNITED STATES OF AMERICA,           )  Case No. 22-cr-2701-BAS
                                       )
5              Plaintiff,              )  Tuesday, July 30, 2024
       vs.                             )
6                                      )  Excerpt of Jury Trial
   DONALD DANKS, JONATHAN DESTLER,     )  *Voir Dire*
7  and ROBERT LAZERUS,                 )
                                       )
8              Defendants.             )
   _____)

9

10

11  REPORTER'S TRANSCRIPT OF PROCEEDINGS
    BEFORE THE HONORABLE CYNTHIA A. BASHANT
12  UNITED STATES DISTRICT JUDGE

13  PAGES 1 - 5

14

15

16  (APPEARANCES ON PAGE 2)

17

18

19

20

21  REPORTED BY:

22  ANNE MARIE ROLDAN, RMR, CRR, CSR 13095
    U.S. OFFICIAL COURT REPORTER
23  U.S. District Court Clerk's Office
    333 West Broadway, Suite 420
24  San Diego, California  92101

25  Reported stenographically; transcribed with CAT software.

```
 1   APPEARANCES:

 2   FOR THE PLAINTIFF:        UNITED STATES ATTORNEY'S OFFICE
                               880 Front Street, Suite 6293
 3                             San Diego, California  92101
                               By:  JANAKI G. CHOPRA, AUSA
 4                                  NICHOLAS W. PILCHAK, AUSA

 5   FOR DEFENDANT             LAW OFFICES OF PATRICK Q. HALL
     DONALD DANKS:             501 West Broadway, Suite 730
 6                             San Diego, California  92101
                               By:  PATRICK Q. HALL, ESQ.
 7
     FOR DEFENDANT             SNELL & WILMER
 8   JONATHAN DESTLER:         12230 El Camino Real, Suite 300
                               San Diego, California  92130
 9                             By:  ANDREW P. YOUNG, ESQ.

10                             MILLER BARONDESS, LLP
                               2121 Avenue of the Stars, Suite 2600
11                             Los Angeles, California  90067
                               By:  LOUIS "SKIP" MILLER, ESQ.
12
     FOR DEFENDANT             LAW OFFICE OF MARTHA M. HALL
13   ROBERT LAZERUS:           555 West Beech Street, Suite 508
                               San Diego, California  92101
14                             By:  MARTHA M. HALL, ESQ.

15                             LAW OFFICE OF ADAM F. DOYLE
                               444 West C Street, Suite 310
16                             San Diego, California  92101
                               By:  ADAM F. DOYLE, ESQ.
17

18

19

20

21

22

23

24

25
```

                **_TUESDAY, JULY 30, 2024, 10:23 A.M._**

                               **\*\*\***

      **THE COURT:** This case does involve the FBI. There may also be mention of the SEC or FINRA, F-I-N-R-A.

      Has anyone ever worked for any of these agencies or had anyone close to them who worked for any of those agencies? FBI, SEC, or FINRA. If so, raise your hand.

      **(No response.)**

      **THE COURT:** I see no hands raised.

      Has anyone ever had particularly positive or negative experiences with any of these agencies or law enforcement in general? Anyone who says, you know, "I don't believe anything that comes out of law enforcement's mouth," or, "They saved my life, and I can't judge their credibility like I would anyone else's credibility"?

      Anyone think they would have difficulty doing that? If so, raise your hand. I see no hands raised. Oh, we have a hand.

      **JUROR 36:** Hello. I'm an engineer with the city. So because of my work, I work with police officers on many projects. I know they work hard. They have a lot of procedures to follow. I tend to trust them more.

      **THE COURT:** Okay. And this is Juror No. 36.

      So it's very important -- are you saying that you don't think that a law enforcement officer would ever not tell the

1  truth or make a mistake?
2  *JUROR 36:* No. I just heard the news, but most of the
3  time I trust them more than like other resource.
4  *THE COURT:* Okay. Thank you. I appreciate that.
5  *JUROR 24:* Hi there.
6  *THE COURT:* Hello.
7  *JUROR 24:* I kind of have a discrimination towards, you
8  know, the FBI and stuff just because of what I hear on the news.
9  *THE COURT:* Okay. And this is Juror No. 24.
10 So if an FBI agent testified, do you think you would
11 have difficulty assessing their credibility? You think you
12 would think they weren't telling the truth just because of what
13 you hear on the news?
14 *JUROR:* I really don't know. I can't say at this
15 point.
16 *THE COURT:* Okay. Thank you.
17 *(End of requested portion.)*
18                              ***
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///

1                    *REPORTER'S CERTIFICATE*

2            I, Anne Roldan, certify that I am a duly qualified
   and acting Official Court Reporter for the United States
3  District Court, that the foregoing is a true and accurate
   transcript of the proceedings as taken by me in the
4  above-entitled matter on July 30, 2024; and that the format
   used complies with the rules and requirements of the United
5  States Judicial Conference.

6  Date:  August 26, 2024

7  _____
8  *Anne Roldan, RMR, CRR, CSR 13095*