UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   Case No. 22-cr-2701-BAS
                                )
                     Plaintiff, )   August 16, 2024
          vs.                   )
                                )   Trial Testimony of
DONALD DANKS, JONATHAN DESTLER, )   Roy Theuri, Vol. 2
and ROBERT LAZERUS,             )
                                )
                     Defendants.)
_____)

REPORTER'S TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE CYNTHIA A. BASHANT
UNITED STATES DISTRICT JUDGE

VOLUME 2, PAGES 10 - 17

(APPEARANCES ON NEXT PAGE)

REPORTED BY:

ANNE MARIE ROLDAN, RMR, CRR, CSR 13095
U.S. OFFICIAL COURT REPORTER
U.S. District Court Clerk's Office
333 West Broadway, Suite 420
San Diego, California  92101

Reported stenographically; transcribed with CAT software.

```
 1      APPEARANCES:

 2      FOR THE PLAINTIFF:        UNITED STATES ATTORNEY'S OFFICE
                                  880 Front Street, Suite 6293
 3                                San Diego, California  92101
                                  By:  JANAKI G. CHOPRA, AUSA
 4                                     NICHOLAS W. PILCHAK, AUSA

 5      FOR DEFENDANT             LAW OFFICES OF PATRICK Q. HALL
        DONALD DANKS:             501 West Broadway, Suite 730
 6                                San Diego, California  92101
                                  By:  PATRICK Q. HALL, ESQ.
 7
        FOR DEFENDANT             SNELL & WILMER
 8      JONATHAN DESTLER:         12230 El Camino Real, Suite 300
                                  San Diego, California  92130
 9                                By:  ANDREW P. YOUNG, ESQ.

10                                MILLER BARONDESS, LLP
                                  2121 Avenue of the Stars, Suite 2600
11                                Los Angeles, California  90067
                                  By:  LOUIS "SKIP" MILLER, ESQ.
12
        FOR DEFENDANT             LAW OFFICE OF MARTHA M. HALL
13      ROBERT LAZERUS:           555 West Beech Street, Suite 508
                                  San Diego, California  92101
14                                By:  MARTHA M. HALL, ESQ.

15                                LAW OFFICE OF ADAM F. DOYLE
                                  444 West C Street, Suite 310
16                                San Diego, California  92101
                                  By:  ADAM F. DOYLE, ESQ.

17

18

19

20

21

22

23

24

25
```

1

          I N D E X

2            ***

3      E X A M I N A T I O N S

4    <u>WITNESS</u>                              VOL.   PAGE   LINE

5    *FOR THE DEFENSE:*

6    ROY THEURI

7        Direct by Ms. Hall ........................2      13      3
         Cross by Mr. Pilchak ......................2      16     14
8

ROY THEURI - DIRECT EXAM (MS. HALL)

1       **FRIDAY, AUGUST 16, 2024, 1:05 P.M.**

2                                    ***

3                    *DIRECT EXAMINATION (RESUMED)*

4    *BY MS. HALL:*

5    *Q.* Mr. Theuri, I'm going to take you back again to April 12th

6    of 2019.  You recall -- after having your memory refreshed, you

7    recall making a trade based on a call coming in from

8    Mr. Lazerus?

9    **A.  That is correct.**

10   *Q.* Okay.  Can you describe for the jury what kind of a trade

11   you made, how many shares, and any special directions on the

12   trade?

13   **A.  Yes.  The trade is what we call a non-algo trade.  It is a**

14   **special type of trade we use to source or provide liquidity.**

15   **The reason being Mr. Lazerus was selling a high quantity of**

16   **shares that would have otherwise affected the market, so we used**

17   **an algorithm.  Specifically, it's called a "VWAP."**

18           *THE COURT:* Let me stop you there.  I'm not sure I'm

19   understanding you.  We don't have a good record at this point.

20           *MS. HALL:* Right.

21           *THE COURT:* So I need to see what he said.  So what

22   we -- you call it a what?

23           *THE WITNESS:* V-W-A-P, Volume Weighted Average Price

24   trade.

25           *THE COURT:* Okay.

**ROY THEURI - DIRECT EXAM (MS. HALL)**

1    *BY MS. HALL:*

2    *Q.* Did you say that there was a particular algorithm that you

3    were using?

4    **A. That is correct.**

5    *Q.* And again, the acronym that you used for us, could you state

6    that again for me?  I'm sorry.

7    **A. Yes.  It's called a VWAP.**

8    *Q.* What exactly is a VWAP?

9    **A. So a VWAP is a trade that is sent to a market-maker.  And**

10   **basically, what you're doing is you are disclosing your price**

11   **and not the size.  And what that does, again, it is liquidity;**

12   **or rather, it helps you either buy or sell your shares without**

13   **impacting the market.**

14   *Q.* You said that you send the sell order, or you send the

15   shares to a market-maker.

16   **A. That is correct.**

17   *Q.* Is it the market-maker who makes the actual deal between the

18   buy order and the sell order?

19   **A. That is correct.**

20   *Q.* So you don't have the buyers and the sellers somehow coming

21   together themselves; right?

22   **A. No.**

23   *Q.* It's all done through this anonymous market-maker.

24   **A. The market maker is not anonymous because of the type of the**

25   **trade.  In this case, we specifically sent it to Citadel because**

ROY THEURI - DIRECT EXAM (MS. HALL)

1    they're better equipped for this type of trade.

2        But essentially, Citadel assumes the risk of the trade, and

3    they go ahead and find a way to offload the shares.  In this

4    case, since they are buying the shares, Mr. Lazerus is selling,

5    Citadel is buying the shares.  So it's up to them to find a

6    buyer for the shares to offload the risk.

7    Q.  Now, did you sell -- you said that you put in an order that

8    day for 50,000 shares; is that right?

9    A.  I believe it was about 3,500 shares, give or take.

10   Q.  I'm sorry.  3,500 shares, give or take.

11       And was there a target price or a limit price on that?

12   A.  Yes.  Mr. Lazerus was looking to achieve a certain amount

13   from the sale.  And so the order was also a limit order, where

14   he gets to specify his price at which he wants to sell the

15   shares in order to achieve the amount that he was looking for.

16   Q.  Did he want to sell over two days?

17   A.  Yes.  He placed two orders, one for that present day and

18   another order for the following trading day, which was on a

19   Monday.

20   Q.  That would have been April 15th?

21   A.  I believe so, yes.

22   Q.  Tax day; right?

23   A.  Yes.

24   Q.  The only other question I had, I just wanted to make sure I

25   covered this, is during your conversations with Mr. Lazerus, did

**ROY THEURI - CROSS-EXAM (MR. PILCHAK)**

1  you notice that sometimes he would use the wrong terminology or

2  the incorrect terminology?

3  **A.  Yes, hundred percent.  He actually threw me off by what he**

4  **tell me to do.  The beginning of the call he wanted to --**

5          *MR. PILCHAK:*  Objection.  Hearsay.

6          *THE COURT:*  Sustained.

7          *MS. HALL:*  Thank you, Mr. Theuri.

8          *THE COURT:*  Anything further from any of the defense?

9          *MR. YOUNG:*  No.

10          *MR. HALL:*  No, your Honor.

11          *THE COURT:*  Any cross?

12          *MR. PILCHAK:*  Just very briefly.

13

14                          *CROSS-EXAMINATION*

15  **BY *MR. PILCHAK:***

16  *Q.*  Good afternoon, sir.

17  **A.  Good afternoon.**

18  *Q.*  When you worked at TD Ameritrade, was it still

19  TD Ameritrade, or had it been purchased by Charles Schwab yet?

20  **A.  No, it was still TD Ameritrade.**

21  *Q.*  Okay.  So you don't know someone named Nate Crow?

22  **A.  No.**

23  *Q.*  Okay.

24          *MR. PILCHAK:*  I don't have any other questions,

25  your Honor.  Thank you.

1        **THE COURT:**  Thank you, sir.  You may be excused.

2     **(End of requested testimony.)**

3                              ***

4                    *REPORTER'S CERTIFICATE*

5          I, Anne Roldan, certify that I am a duly qualified
and acting Official Court Reporter for the United States
6    District Court, that the foregoing is a true and accurate
transcript of the proceedings as taken by me in the
7    above-entitled matter on August 16, 2024; and that the format
used complies with the rules and requirements of the United
8    States Judicial Conference.

9    Date:  October 3, 2024

10   _____

11   *Anne Roldan, RMR, CRR, CSR 13095*