## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>vs.<br><br>JONATHAN DESTLER (3),<br><br>                              Defendant. | Case No. 22-CR-2701-BAS<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

_X_   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Indictment:

  18:371 – Conspiracy to Commit Securities Fraud and 15:78J(b) – Securities Fraud

IT IS THEREFORE ORDERED AND ADJUDGED that the Information in this case is hereby dismissed without prejudice and the defendant is hereby discharged as to this case only.

Dated: 12/2/2024

*Cynthia Bashant*
HONORABLE CYNTHIA BASHANT
UNITED STATES DISTRICT JUDGE