1  Andrew P. Young (Bar No. 326540)
   apyoung@swlaw.com
2  SNELL & WILMER L.L.P.
   3611 Valley Centre Drive
3  Suite 500
   San Diego, California 92130
4  Telephone:  858.434.5020
   Facsimile:   858.434.5006
5
6  Louis R. Miller, Bar No. 54141
   smiller@millerbarondess.com
7  MILLER BARONDESS LLP
   2121 Avenue of the Stars Suite 2600
8  Los Angeles, CA 90067
   Telephone: 310.552.4400
9  Attorneys for Defendant
   Jonathan Destler

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 22 CR2701 BAS |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| DONALD DANKS (2), JONATHAN DESTLER (3), ROBERT LAZERUS (4) | |
| Defendants. | |

    PLEASE TAKE NOTICE that attorney Andrew P. Young of Snell & Wilmer L.L.P. hereby withdraws as counsel of record for Defendant Jonathan Destler, in the above-captioned action.  Attorney Louis R. Miller of Miller Barondess LLP will remain as counsel of record for Defendant Jonathan Destler.

    Accordingly, Andrew P. Young requests the court to remove his name from the Court's master mailing list and to remove him from the Court's service list.

4924-7767-6816

| | | |
|---|---|---|
| Dated: | January 17, 2025 | SNELL & WILMER L.L.P. |
| | | By: s/Andrew P. Young |
| | | Andrew P. Young |
| | | Attorneys for Defendant Jonathan Destler |

4924-7767-6816